■ In the Matter of JOSSELYN M. SHORE et al., Respondents, v. JOY C. ZAGOREN et al., Appellants, et al., Respondents.— In a proceeding to invalidate a petition purporting (1) to protest against a resolution adopted on February 10, 1970 by the Town Board of the Town of North Hempstead approving a proposal for the erection of a roof structure to cover a certain ice skating rink and (2) to request a referendum upon the resolution, the appeal is from (a) a judgment of the Supreme Court, Nassau County, entered April 21, 1970, which declared the petition void, and (b) an order of the same court, entered the same day, which denied a motion by appellants, Joy C. Zagoren and Robert H. Zagoren (respondents at Special Term) for reargument. Appeal from order dismissed, without costs. No appeal lies from an order denying reargument. Judgment affirmed, without costs. No opinion. Christ, P. J., Rabin, Hopkins, Martuscello and Brennan, JJ., concur.

## (June 12, 1970)

■ In the Matter of the Estate of JANET GRACE, Deceased. CORINNE GRACE et al., Appellants; JOSEPH PETER GRACE, JR. et al., Trustees under the Last Will and Testament of JANET GRACE, Deceased, et al., Respondents.— On the court's own motion, the caption of its decision and order, both dated May 25, 1970 [34 A D 2d 894], is amended so as to change the initial recital therein from " In the Matter of Joseph P. Grace" to " In the Matter of Janet Grace". Hopkins, Acting P. J., Munder, Martuscello, Latham and Brennan, JJ., concur.

■ In the Matter of DOMINICK ADDABBO, Respondent, v. MAURICE J. O'ROURKE et al., Respondents, and SEYMOUR FRIEDMAN, Appellant.— In a proceeding to direct that (1) appellant's name be struck from the Registers of Voters of (a) the 28th Election District of the 45th Assembly District, Kings County, and (b) of the 57th Election District of the 25th Assembly District, Queens County; (2) his registrations and enrollments in said counties be canceled; and (3) the transfer of his enrollment from said Election District in Kings County to said Election District in Queens County be canceled, the appeal is from a judgment of the Supreme Court, Queens County, entered June 11, 1970, which granted the application. Judgment affirmed, without costs. No opinion. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.